month of November, and the verdict and judgment was right and is affirmed.

*Judgment affirmed.*

---

**F. J. Nelson, for use of The Galva Heater Company, Appellant, v. C. E. Quaife, Appellee.**

**Gen. No. 6,565.   (Not to be reported in full.)**

Appeal from the County Court of Knox county; the Hon. L. E. MURPHY, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25, 1918.

### Statement of the Case.

Action by F. J. Nelson, for use of The Galva Heater Company, plaintiff, against C. E. Quaife, defendant, to recover the contract price of a water heating apparatus. From a judgment for $350, plaintiff appeals.

R. D. ROBINSON, for appellant.

MARSH & RICE, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1316*—*when errors in instructions presumed to have been cured.* Questions concerning the refusal and modification of instructions will not be considered on appeal where all of the instructions are not set out in the abstract, since it will be presumed that any errors in the instructions complained of were cured by other instructions not set out.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.